

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00059-CV

_____

WICHITA COUNTY, TEXAS, Appellant

V.

TEXAS WORKFORCE COMMISSIONERS BRYAN DANIEL, JULIAN ALVAREZ, AND AARON DEMERSON IN THEIR OFFICIAL CAPACITIES, Appellees

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CV2021-0965

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 27, 2023